1  SCOTT SCHOOLS
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

E-FILING

FILED
JUN 06 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

4  Attorneys for the United States

5  UNITED STATES DISTRICT COURT

6  NORTHERN DISTRICT OF CALIFORNIA

7  SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,                )   CRIMINAL NO. CR07-70326 PVT
9         Plaintiff,                        )
10                                          )   NOTICE OF PROCEEDINGS ON
       v.                                   )   OUT-OF-DISTRICT CRIMINAL
11  Mario Acevedo                           )   CHARGES PURSUANT TO RULES
                                            )   5(c)(2) AND (3) OF THE FEDERAL RULES
12        Defendant.                        )   OF CRIMINAL PROCEDURE
13  _____)

14     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

15  Procedure that on 6/6/07, the above-named defendant was arrested based upon an

16  arrest warrant (copy attached) issued upon an

17     ☐ Indictment   ☐ Information   ☐ Criminal Complaint   ☒ Other PROB VIOL. PET'N

18  pending in the SOUTHERN District of CA, Case Number 04 CR 7024-H

19     In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code,

20  Section(s) 922(g)

21  Description of Charges: PROBATION VIOLATION (Felon in Possession)

22

23                                              Respectfully Submitted,
24                                              SCOTT SCHOOLS
                                                UNITED STATES ATTORNEY
25  Date: 6/6/07
                                                [signature]
26                                              Assistant U.S. Attorney

27

28

1

AO 442

F1D# 1123662

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

4/336-198
1/30/75

UNITED STATES OF AMERICA

V.

Mario Acevedo

**WARRANT FOR ARREST**

CASE NUMBER: 04cr7024-H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Mario Acevedo
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
                                                                                  ☐ Pretrial Violation

charging him or her with (brief description of offense)

In violation of Title _____ See Above _____ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| R. Rhone  /s/ R Rhone | 2/13/06, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ No Bail _____ by    The Honorable Marilyn L. Huff
                                            Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

PROB 12C
(04/05)

February 7, 2006

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario ACEVEDO (English)     Dkt No.: 04-CR-7024-001-H

Reg. No. 41336-198

Name of Sentencing Judicial Officer: Cranston J. Mitchell and Edward F. Reilly, Jr., U.S. Parole Commissioners. (Originally sentenced by the 1st District Court Dual Jurisdiction of the State of Baja California, Rosarito, B.C., Mexico.) Upon 18 U.S.C. § 4106A(b)(3) treaty transfer to the Southern District of California, case assigned to the Honorable Marilyn L. Huff, U.S. District Judge.

Date of Sentence: April 15, 2002

Original Offense: 18 U.S.C. § 922 (g), Felon in Possession of a Firearm, a Class C felony. (The most analogous to Mexican charge of Possession of a Firearm.)

U.S. Parole Commission Sentence Determination: On May 14, 2004, the ten-year custodial sentence imposed by the Mexican court was reduced to 33 months custody, and 3 years supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: May 19, 2004

Asst. U.S. Atty.: None     Defense Counsel: Manuel Acosta-Rivera (Appointed)
                                           (915)534-6525

Prior Violation History: None.

---

## PETITIONING THE COURT

**TO ISSUE A NO-BAIL BENCH WARRANT**

PROB 12C

Name of Offender: Mario ACEVEDO                                February 7, 2006
Docket No.: 04-CR-7024-001-H                                   Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

| CONDITION(S) | | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|---|
| **(Mandatory Condition)** Not commit another federal, state, or local crime. *(nv1)* | 1. | On or about December 13, 2004, Mr. Acevedo unlawfully took a vehicle, in violation of California Vehicle Code § 10851(a), as evidenced by his conviction in Superior Court of California, County of Orange, Case No. 05CF0290. |
| | 2. | On December 27, 2004, Mr. Acevedo unlawfully took a vehicle, in violation of California Vehicle Code § 10851(a), as evidenced by his conviction in Superior Court of California, County of Orange, Case No. 05CF0290. |
| | 3. | On December 31, 2004, Mr. Acevedo possessed methamphetamine, in violation of California Health and Safety Code § 11377(a), as evidenced by his conviction in Superior Court of California, County of Orange, Case No. 05CF0042. |
| | 4. | On December 31, 2004, Mr. Acevedo possessed drug paraphernalia, in violation of California Health and Safety Code § 11364, as evidenced by his conviction in Superior Court of California, County of Orange, Case No. 05CF0042. |
| | 5. | On October 11, 2005, Mr. Acevedo unlawfully took a vehicle, in violation of California Vehicle Code § 10851(a), as evidenced by the information filed in Superior Court of California, County of Orange, Case No. 05CF3268. |
| | 6. | On October 11, 2005, Mr. Acevedo evaded a peace officer, in violation of California Vehicle Code § 2800.2, as evidenced by the information filed in Superior Court of California, County of Orange, Case No. 05CF3268. |
| | 7. | On October 11, 2005, Mr. Acevedo left the scene of an accident, in violation of California Vehicle Code § 20002(a), as evidenced by the information filed in Superior Court of California, County of Orange, Case No. 05CF3268. |

PROB 12C

Name of Offender: Mario ACEVEDO  February 7, 2006
Docket No.: 04-CR-7024-001-H  Page 3

***Grounds for Revocation:*** I have received and reviewed Santa Ana Police Department (SAPD) Report Nos. 04-55649, 04-56306, 2005-44097; and docket reports for Superior Court of California, County of Orange, for Case Nos. 05CF0290, 05CF0042, and 05CF3268, which confirm the following:

<u>As to allegations 1 and 2</u>: According to SAPD Report No. 04-55649, on December 27, 2004, officers recovered two stolen vehicles a 1984 Honda Prelude reported stolen in the City of Encinitas earlier that day, and a 1969 Chevrolet Camaro that had been reported stolen in the City of Irvine on December 13, 2004. Inside the Camaro, officers found information belonging to the offender, including a social security card and paystub. They also found registration forms belonging to three other stolen vehicles. Mr. Acevedo was later identified by his girlfriend as the individual who had been driving both vehicles. She also reported that he had stolen the Honda Prelude using a screwdriver. According to the report, inside the Honda Prelude officers found a loaded .303 caliber rifle on the passenger floorboard. The rifle barrel and stock had been sawed off.

On February 16, 2005, an information was filed in Superior Court of California, County of Orange, Case No. 05CF0290, charging the offender with two counts of VC § 10851(a), Unlawful Taking of a Vehicle. On February 28, 2005, Mr. Acevedo pled guilty to both counts, and was sentenced to 16 months prison. On September 21, 2005, he was released on state parole.

<u>As to allegations 3 and 4</u>: According to SAPD Report No. 04-56306, on December 31, 2004, officers were dispatched to an area were a suspicious subject was possibly breaking into vehicles. Upon arrival the officers found an individual matching the suspect's description. When ordered to stop by the police officers the suspect ran from the scene and into a Motel 6. After a short foot chase, the suspect (Mr. Acevedo) was identified by his girlfriend, who had exited from one of the rooms. She admitted that she was on probation and allowed officers to search the room she shared with the offender. In the room, officers found two methamphetamine pipes and a Ziploc baggie containing methamphetamine. The offender's girlfriend denied knowledge of the items. Mr. Acevedo waived his Miranda rights and admitted that the pipes and the methamphetamine belonged to him. He admitted that he purchased the methamphetamine for $60. He was booked into county jail.

On January 4, 2005, a two-count complaint was filed in Superior Court of California, County of Orange, Case No. 05CF0042, charging the offender with H&S § 11377(a), Possession of Methamphetamine, and H&S § 11364, Possession of Drug Paraphernalia. On January 27, 2005, he pled guilty to both charges and was immediately sentenced to three years formal probation. On February 28, 2005, he was found in violation of probation, supervision was revoked and terminated.

<u>As to allegations 5, 6, and 7</u>: According to SAPD Report No. 2005-44097, on October 11, 2005, an undercover narcotics officer observed the offender in a 2002 Toyota Corolla. The officer ran a records check and learned that the vehicle had been reported stolen in Tustin. When an officer in a marked police car attempted to stop the vehicle using his overhead lights and siren; the offender failed to yield and continued at a high rate of speed through city streets. During the pursuit, several vehicles had to swerve, stop and veer to avoid colliding with the Toyota. Ultimately, the offender failed to negotiate a turn, and ran into a vehicle parked at the intersection. Mr. Acevedo exited the stolen car and ran from the scene of the collision. A chase ensued and he was eventually taken into custody. The recovered vehicle had damage to the steering column and ignition allowing it to be started with business/house key. When contacted, the owner said she did not know the offender nor did she give him permission to use her car.

Name of Offender: Mario ACEDO                                        February 7, 2006
Docket No.: 04-CR-7024-001-H                                         Page 4

On October 13, 2005, a four-count complaint was filed in Superior Court of California, County of Orange, Case No. 05CF3268, charging the offender with VC § 10851(a), Unlawful Taking of a Vehicle; PC § 496(d), Possession of a Stolen Vehicle; VC § 2800.2, Evading a Peace Officer; and VC § 20002(a), Leaving the Scene of an Accident. A jury trial has been set for February 3, 2006.

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 7, 2006

Respectfully submitted:

by _____
James L. Whelpley
U.S Probation Officer
619-557-2648

Reviewed and approved:

_____
Lilia M. Torres
Supervising U.S. Probation Officer

Attachments

---

# THE COURT ORDERS:

__X__ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

(Currently detained at Cotheo Lacy Orange County Jail in Orange, California, under Booking No. 2281039.)

_____ Other _____

_____
The Honorable Marilyn L. Huff
U.S. District Judge

I hereby attest and certify on 2/13/06
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

jlw/jlw