UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED

General Court Number
408.535.5363

June 6, 2007

2007 JUN 20 P 3: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Clerk of the Court
U.S. District Court of the Southern California
4290 Edward J. Schwartz US Courthouse
880 Front St.,
San Diego, CA 92101-8900

Case Name:    US-v-Mario Acevedo
Case Number:  5-07-70326-PVT  (Your Case#CR04-CR7024-H)
Charges:      Probation Violation

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of AO 94, Commitment to Another District
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escolano_
Case Systems Administrator

Enclosures
cc: Financial Office

----

Receipt of the above-described documents is acknowledged herewith and assigned case number:

04-CR-7024-H

Date: 6/11/07

CLERK, US DISTRICT COURT

By _____
Deputy Clerk